Special
6-5-74



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable A. Riley Wyatt, Member
Texas Prison Board
Brady Building
San Antonio, Texas

Dear Mr. Wyatt:                    Opinion No. O-5245

                                   Re:  Authority of the Legislative
                                        Investigating Committee with
                                        respect to the Texas Prison
                                        System.

        Your letter requesting an opinion from this
Department, above subject-matter, is as follows:

        "Will you please advise me if the Legis-
    lative Committee appointed to investigate the
    State Penitentiary has the legal right to
    take with them a person who is not a member
    of either the Committee or the Legislature
    and bestow upon him the same rights and privi-
    leges as the Prison Board grants to members
    of the Legislature."

        The legislative committee referred to by you is,
we assume, the Investigating Committee authorized by Sen-
ate Resolution No. 4 of the 48th Legislature at its regu-
lar session on January 19, 1943, and appointed February
18th thereafter.

        The Committee is composed of five members of the
Senate, appointed by the Lieutenant Governor, and its pow-
ers are very broad, and in nowise limited to the State peni-
tentiary system.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable A. Riley Wyatt - page 2

The Committee is authorized "to sit at such times and places between this date and the date of the convening of the regular session of the 49th Legislature, as may to such Committee seem necessary and proper; and the Committee shall continue the inquiries heretofore begun by the Committee authorized and appointed at a regular session of the 47th Legislature relative to law violations and the administration of all state laws and any of the matters pertaining to or affecting the revenues of the State government, and the expenditure of taxes, fees, and assessments, and to inquire into any other affairs and activities of governmental departments and institutions of whatever kind and character, as such activities in any way affect the financial or other welfare of the Government and the citizens of Texas."

The Committee is clothed with the power to formulate rules of procedure and evidence; to issue process for witnesses, and to compel their attendance, and the production of all books and records in connection therewith; to punish disobedience as for contempt; to inspect and make copies of any books, records or files of the departments and institutions; and all the powers necessary in order to accomplish the purpose for which it is appointed.

The Committee is especially authorized to employ and compensate all necessary investigators, auditors, clerks, stenographers, and any other necessary employees, and to make and keep a record of its investigations.

The Committee is furthermore authorized to call upon the Attorney General's Department, Auditing Department, and all other departments for assistance and advice.

It follows, of course, that the Committee may and probably does avail itself of the services and assistance of persons not members of the Committee or of the Legislature.

Of course, it is a fundamental rule of decision, and law as well, that a public officer or functionary, clothed with any part of the powers of government, may not delegate those powers to another, but the aid and

assistance of others as above outlined is not of itself
a delegation of any of the Committee's powers. It is
specially authorized as an aid to the Committee in the
exercise of its own lawful powers.

Trusting that what we have said sufficiently
answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR

APPROVED 12, 1945

Gerald C. Mann

